UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:06-MJ-2048 |
| | ) | (GUYTON) |
| ORVAL JOE MABE | ) | |
| | ) | |
| Defendant | ) | |

ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on May 9, 2006, for an initial appearance on a Criminal Complaint. United States Attorney J. Edgar Schmutzer was present for the government and Kim A. Tollison, Federal Defender Services was present on behalf of the defendant. The government moved for detention pursuant to 18 U.S.C. § 3142(e). Counsel for the defendant advised that the defendant would waive a detention hearing and reserve his right to request a hearing at a later date if his circumstances should change.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

                          **ENTER:**

                          s/ H. Bruce Guton
                      United States Magistrate Judge